MARY G. BACON AND ROBERT H. BACON, PARTNERS TRADING UNDER THE NAME OF BACON & GRAHAM, PLAINTIFFS-APPELLANTS, v. THE AMERICAN INSURANCE COMPANY, A CALIFORNIA CORPORATION, DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued January 21, 1976—Decided February 2, 1976.

Before Judges CARTON, CRAHAY and HANDLER.

*Mr. Robert H. Altshuler* argued the cause for appellants.

*Mr. Richard D. Catenacci* argued the cause for respondent (*McElroy, Connell, Foley & Geiser,* attorneys).

PER CURIAM. The judgment below is affirmed substantially for the reasons set forth in the opinion of Judge Rosenberg of the Superior Court, Law Division, 131 *N. J. Super.* 450.